**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MARIE GILLIT**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **MARIE GILLIT,** | No.   2:19-cv-01542-KJN |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 31, 2020.

This is a first extension, of only about a week, based on plaintiff's counsel's need to prepare three prehearing briefs and a reply brief during this week and having three hearings, along with other work during the next.

- 1

Dated: January 22, 2020 /s/  *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: January 22, 2020   /s/ per e-mail authorization
MICHAEL MARRIOTT
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to January 31, 2020.

SO ORDERED.

Dated: January 27, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gili.1542