**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MARIE GILLIT**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **MARIE GILLIT,** | No.   2:19-cv-01542-KJN |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to February 3, 2020.

This is a second extension of only one additional business day, and the first extension was of only about a week. The request comes because, on top of four hearings and the need to write four prehearing briefs during this week, counsel's internet service was down most of today.

[Pleading Title] - 1

Dated: January 30, 2020            /s/   *Jesse S. Kaplan*
                                   JESSE S. KAPLAN
                                   Attorney for Plaintiff


                                   McGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Counsel, Region IX
                                   Social Security Administration

Dated: January 32, 2020             */s/ per e-mail authorization*
                                   MICHAEL MARRIOTT
                                   Special Assistant U.S. Attorney
                                   Attorney for Defendant

# ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to February 3, 2020.

SO ORDERED.

Dated: February 3, 2020

                                   KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE

gill.1542