UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ELAINE GILLIT, | No. 2:19-cv-1542-KJN |
| Plaintiff, | ORDER |
| v. | (ECF No. 29) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

In light of the Ninth Circuit Court of Appeals' order filed on July 15, 2020 (ECF No. 29), and the mandate issued September 7, 2021 (see Fed. R. App. P. 40 and 41(a)-(b)), this case is REMANDED to the Social Security Administration for further proceedings consistent with the Ninth Circuit's order.[1]  The Clerk of Court shall close this case in the district court.

IT IS SO ORDERED.

Dated: September 8, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gill.1542

---

[1] This action was referred to the undersigned pursuant to Local Rule 302(c)(15), and all parties consented to proceed before a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c). (ECF Nos. 8, 10.)